Anna Hsia (SBN 234179)
ZWILLGEN LAW LLP
369 Pine Street, Suite 506
San Francisco, CA 94104
Telephone: (415) 590-2335
Facsimile: (415) 636-5965
anna@zwillgen.com

Attorney for Defendant
**NATIONAL PUBLIC RADIO**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHMOOD DAWOOD on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>NATIONAL PUBLIC RADIO, INC.,<br><br>*Defendant*. | Case No. 2:22-cv-00591 KJM-DB<br><br>Honorable Kimberly J. Mueller<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

Plaintiff Mahmood Dawood ("Plaintiff") and Defendant National Public Radio ("Defendant") (collectively the "Parties") hereby stipulate as follows:

WHEREAS, on April 1, 2022, Plaintiff filed a Class Action Complaint (the "Complaint") against Defendant;

WHEREAS, on May 27, 2022, Defendant was served with the Summons and Complaint;

WHEREAS, on June 16, 2022, the Court granted Defendant's first request to extend the deadline for Defendant to answer, move, or otherwise respond to the Complaint to and including August 17, 2022;

WHEREAS, the Parties have met and conferred and agreed that justification and good cause exist to further extend the deadline for Defendant to answer, move, or otherwise respond to the Complaint to and including September 14, 2022;

WHEREAS, such justification and good cause include allowing Defendant to more fully evaluate the issues presented in the Complaint and prepare an appropriate response;

WHEREAS, granting this request will not prejudice any party to this matter;

WHEREFORE, Defendant seeks an extension to and including September 14, 2022, to answer, move, or otherwise respond to the Complaint;

**IT IS SO STIPULATED.**

Dated: August 4, 2022        **ZWILLGEN LAW LLP**

By:   /s/ Anna Hsia
Anna Hsia (SBN 234179)
**Attorney for Defendant**
**NATIONAL PUBLIC RADIO**

Dated: August 4, 2022        **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

By:   /s/ Gary M. Klinger (as authorized on 8/3/22)
Gary M. Klinger (admitted *pro hac vice*)
**Attorney for Plaintiff**
**Mahmood Dawood**

**IT IS SO ORDERED.**

DATED: August 10, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE